UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CRESTMARK,
                             Plaintiff,
           -against-                    22 Civ. 385 (LGS)

TELEESCROW, INC.,                        <u>ORDER</u>
                             Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a hearing was held on January 26, 2022, at 3:00 p.m., to discuss Plaintiff's motion for a preliminary injunction. It is hereby

      **ORDERED** that, for the reasons discussed at the conference, by **February 7, 2022**, the parties shall file a joint letter apprising the Court of the status of the action and proposing any next steps.

Dated: January 26, 2022
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**