UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    CRESTMARK,

                            Plaintiff,    :      22 Civ. 385 (LGS)

          -against-                :      <u>ORDER</u>

    TELEESCROW, INC.,

                           Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, pursuant to the February 10, 2022, Stipulation and Order, Defendant's answer was due February 16, 2022. (Dkt. No. 32.)

    WHEREAS, no such answer was filed. It is hereby

    **ORDERED** that by **February 18, 2022**, Defendant shall answer or otherwise respond to the complaint.

Dated: February 17, 2022
         New York, New York

                                                            LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE