UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CRESTMARK,

                         Plaintiff,    :    22 Civ. 385 (LGS)

       -against-    :    <u>ORDER</u>

TELEESCROW, INC.,

                      Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the February 10, 2022, Stipulation and Order, Defendant's answer was due February 16, 2022. (Dkt. No. 32.)

WHEREAS, no such answer was filed. (*See* Dkt. No. 33.)

WHEREAS, pursuant to the Court's February 17, 2022, Order, Defendant's answer was due February 18, 2022. (Dkt. No. 33.)

WHEREAS, on February 18, 2022, the parties filed a proposed Stipulation and Order, which the Court entered on February 22, 2022. Pursuant to the Order, Defendant's answer was due February 25, 2022. (Dkt. No. 35.)

WHEREAS, on February 23, 2022, the parties filed a proposed Stipulation and Order, which the Court entered on February 24, 2022. Pursuant to the Order, Defendant's answer is due March 11, 2022. (Dkt. No. 37.)

WHEREAS, no such answer was filed. It is hereby

**ORDERED** that by **March 16, 2022**, Defendant shall answer or otherwise respond to the complaint. No further extensions will be granted absent extraordinary circumstances. Failure to answer or other respond may result in entry of a default judgment against Defendant.

Dated: March 14, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**