UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CRESTMARK,

                      Plaintiff,

     -against-                                      22 **CIVIL** 385 (LGS)

                                                         **JUDGMENT**

TELEESCROW, INC.,

                      Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 16, 2022, Plaintiff's Motion is GRANTED. Subject matter jurisdiction exists because there is complete diversity between the parties and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a). In addition, Defendant's confession of judgment was made knowingly and voluntarily and contains the information required by C.P.L.R. § 3218(a), including stating the sum for which judgment may be entered. Judgment is entered in favor of Plaintiffs in the amount of $6,164,777.47.

**Dated:**  New York, New York

         March 21, 2022

                                                            **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                         **BY:**

                                                              **Deputy Clerk**