UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CRESTMARK, a division of METABANK, NATIONAL ASSOCIATION,

        Plaintiff,

-against-

TELEESCROW, INC.,

        Defendant,

METROPOLITAN COMMERCIAL BANK,

        Garnishee,

AMSTERDAM CAPITAL SOLUTIONS, LLC, ITRIA VENTURES LLC, ROC FUNDING GROUP LLC, SPIN CAPITAL, LLC, AND WYNWOOD CAPITAL GROUP LLC,

        Adverse Claimants.

22 Civ. 385 (LGS)

**ORDER**

---

LORNA G. SCHOFIELD, District Judge:

**WHEREAS**, on July 6, 2022, Plaintiff Crestmark filed a motion seeking an order directing Metropolitan Commercial Bank to turn over the funds contained in Teleescrow, Inc.'s business checking account to Crestmark, a division of MetaBank, N.A. (*See* Dkt. Nos. 49, 51-52.)

WHEREAS, the Declaration of Christine Cesare identifies various constraints Metropolitan Commercial Bank had received with respect to the funds contained in Teleescrow, Inc.'s business checking account. (Dkt. No. 52.) It is hereby

**ORDERED** that Defendant Teleescrow, Inc.; Garnishee Metropolitan Commercial Bank; and Adverse Claimants Amsterdam Capital Solutions, LLC, Itria Ventures LLC, ROC Funding Group LLC, Spin Capital, LLC and Wynwood Capital Group LLC shall file any opposition to Plaintiff Crestmark's motion for turnover by **July 20, 2022**. It is further

1

**ORDERED** that Plaintiff shall serve a copy of this Order, together with the Memorandum of Law in support of the Motion for a Turnover Order and the Declaration of Christine B. Cesare, to Teleescrow, Inc.'s counsel, at the following email address (lucas.markowitz@offitkurman.com), by **July 12, 2022**.  Such service shall be deemed good and sufficient service thereof.  It is further

**ORDERED** that Plaintiff shall serve a copy of this Order, together with the Memorandum of Law in support of the Motion for a Turnover Order and the Declaration of Christine B. Cesare, to Metropolitan Commercial Bank's counsel, at the following email address (rcohen@moritthock.com), by **July 12, 2022**.  Such service shall be deemed good and sufficient service thereof.  It is further

**ORDERED** that Plaintiff shall serve a copy of this Order, together with the Memorandum of Law in support of the Motion for a Turnover Order and the Declaration of Christine B. Cesare, to Amsterdam Capital Solutions, LLC's counsel, at the following email address (israel@weinsteinllp.com), by **July 12, 2022**.  Such service shall be deemed good and sufficient service thereof.  It is further

**ORDERED** that Plaintiff shall serve a copy of this Order, together with the Memorandum of Law in support of the Motion for a Turnover Order and the Declaration of Christine B. Cesare, to Itria Ventures LLC's counsel, at the following email address (pa@pahumbert.com), by **July 12, 2022**.  Such service shall be deemed good and sufficient service thereof.  It is further

**ORDERED** that Plaintiff shall serve a copy of this Order, together with the Memorandum of Law in support of the Motion for a Turnover Order and the Declaration of Christine B. Cesare, to ROC Funding Group LLC's counsel, at the following mailing address (Douglas E. Robinson, Esq., RTR Recovery LLC, 122 E 42nd Street, Suite 2112, New York, NY 10168), by **July 12, 2022**.  Such service shall be deemed good and sufficient service thereof.  It is further

**ORDERED** that Plaintiff shall serve a copy of this Order, together with the Memorandum of Law in support of the Motion for a Turnover Order and the Declaration of Christine B. Cesare, to Spin Capital, LLC's counsel, at the following mailing address (Steven Zakharyayev, Esq., The Law Offices of Steven Zakharyayev, PLLC, 10 West 37th Street, Room 602, New York, NY 10018), by **July 12, 2022**.  Such service shall be deemed good and sufficient service thereof.  It is further

**ORDERED** that Plaintiff shall serve a copy of this Order, together with the Memorandum of Law in support of the Motion for a Turnover Order and the Declaration of Christine B. Cesare, to Wynood Capital Group LLC's counsel, at the following email address (erica@gilermanlaw.com), by **July 12, 2022**.  Such service shall be deemed good and sufficient service thereof.  It is further

**ORDERED** that, by **July 14, 2022**, Plaintiff shall file proof of service on the docket.

Dated: July 8, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**